United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jorge Zepeda, Plaintiff, | ) |
| v. | ) |
| Sfilatino LLC, doing business as Pane & Vino la Trattoria, and others, Defendants. | ) Civil Action No. 17-23608-Civ-Scola ) ) ) |

## Order Requiring Submission of Settlement Terms and Administratively Closing Case

The Parties have settled this FLSA action through acceptance of an offer of judgment under Rule 68 of the Federal Rules of Civil Procedure. (Notice, ECF No. 18.) The two circumstances in which FLSA claims may be compromised are claims that are: 1) supervised by the Secretary of Labor, pursuant to 29 U.S.C. § 216(c); and 2) when a court reviews and approves a settlement in a private action for back wages under 29 U.S.C. § 216(b). *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352 (11th Cir. 1982). Before a court may approve a compromised settlement or enter judgment, it must scrutinize the settlement to determine whether it is a fair and reasonable resolution of a bona fide dispute. *See id.* at 1354-55. Where the parties have purportedly resolved FLSA claims through an offer of judgment, the Court must still determine whether the settlement is fair. *See Molina v. SMI Sec. Mgmt., Inc.*, No. 11-24245-CIV-ROSENBAUM, 2012 WL 12864928, at *1 (S.D. Fla. Dec. 21, 2012) (Rosenbaum, J.).

Therefore, by **January 3, 2018**, the Plaintiff must submit, for the Court's review and approval, the parties' proposed *complete* settlement with additional materials to aid the Court in evaluating the fairness of the settlement, including detailed time records of Plaintiff's attorney, and a statement as to whether the amount of attorney's fees were negotiated separately from any settlement payment to the Plaintiff.

In addition to submitting the details of the settlement for the Court's approval, the Plaintiff must also file either: (1) a stipulation of dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); or (2) a motion to dismiss consistent with Rule 41(a)(2). The Plaintiff must file the stipulation of dismissal or motion to dismiss contemporaneously with the details of the settlement.

The Court directs the Clerk to **close** this case. Any party may move to re-open the case if there is a problem in reaching a final settlement agreement. Any pending motions are **denied** as moot.

**Done and ordered** at Miami, Florida, on December 6, 2017.

_____
Robert N. Scola, Jr.
United States District Judge