United States District Court
for the
Southern District of Florida

| Jorge Zepeda, Plaintiff, | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) Civil Action No. 17-23608-Civ-Scola |
| Sfilatino LLC, doing business as | ) |
| Pane & Vino la Trattoria, and | ) |
| others, Defendants. | ) |

## Order Adopting Magistrate's Report And Recommendation

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiff's motion for attorney's fees (ECF No. 27). On May 4, 2018, Judge Torres issued a report, recommending that the Court grant in part and deny in part the motion and award the Plaintiff attorney's fees in the amount of $4,197.50. (R. & R., ECF No. 31.) No objections have been filed and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, this Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 31**). The Court **grants in part and denies in part** the Plaintiff's motion for attorney's fees (**ECF No. 27**). Consistent with the report, the Court awards **$4,197.50** in attorneys' fees to Jorge Zepeda to be paid by the Defendants Sfilatino LLC and Angelo Quaglini.

**Done and ordered** at Miami, Florida, on May 21, 2018.

_____
Robert N. Scola, Jr.
United States District Judge